UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILVIS LOPEZ GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General of the United States, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-04173-TL<br><br>ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This matter is before the Court on Petitioner Ilvis Lopez Gonzalez's Application to Proceed *In Forma Pauperis*. Dkt. No. 1. The Court GRANTS the motion under 28 U.S.C § 1915(a)(1).

Dated this 3rd day of November, 2026.

Tana Lin
United States District Judge